AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

contents/records relating to Google, Inc. accounts "moneyman20172016@gmail.com" and "hillarybanks048@gmail.com" described in Att. A

Case No. 18-MJ-07090

**FILED**
MAY -7 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

contents/records relating to Google, Inc. accounts "moneyman20172016@gmail.com" and "hillarybanks048@gmail.com" described in Att. A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1591 | Sex Trafficking |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Eric V. Bowers
*Applicant's signature*

ERIC V. BOWERS, Special Agent, HSI/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I. Long

Date: 05/07/2018

*Judge's signature*

City and state: Urbana, Illinois

ERIC I. LONG, Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT OF THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN RE SEARCH OF: ) | |
| ) | |
| CONTENT OF, AND RECORDS ) | 18-MJ-_7090_ |
| RELATING TO GOOGLE, INC., ) | |
| ACCOUNTS ) | Filed Under Seal |
| MONEYMAN20172016@GMAIL.COM ) | |
| AND ) | |
| HILLARYBANKS048@GMAIL.COM ) | |
| MAINTAINED BY GOOGLE, INC., ) | |
| HEADQUARTERED AT ) | |
| 1600 AMPHITHEATRE PARKWAY, ) | |
| MOUNTAIN VIEW, CA 94043 ) | |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Eric Bowers, being first duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to the office of the Resident Agent in Charge in Springfield, Illinois. I have been so employed since December 2006. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A, and criminal violations relating to the sex trafficking of individuals by force, fraud, or coercion, in violation of 18 U.S.C. § 1591. I have received training in the area of child pornography and child exploitation,

1

including sex trafficking. I have been the Affiant of and participated in the execution of numerous search warrants which involved child exploitation and/or child pornography offenses.[1]

2. As a Special Agent with DHS, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

4. I make this affidavit in support of a search warrant for content and records associated with the Google, Inc. accounts moneyman20172016@gmail.com and hillarybanks048@gmail.com (hereafter the SUBJECT ACCOUNTS), which are stored at premises owned, maintained, controlled, or operated by Google, Inc., an electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043. The information and accounts to be searched are described in the

---

[1] The Seventh Circuit Court of Appeals made arguably adverse credibility findings regarding this witness in *United States v. Slaight*, 620 F.3d 816 (7th Cir. 2010). To the extent that the opinion reflects on the testimonial credibility of the agent, the United States respectfully disagrees. The United States further notes that, in the underlying district court case, the district court found the Affiant's testimony credible and there was no finding by the *Slaight* Court that the district court's credibility finding was clearly erroneous.

2

following paragraphs and in Attachments A and B. This affidavit is made in support of an application for a search warrant to require Google, Inc., to disclose to the government records and other information in its possession pertaining to the subscribers or customers associated with the accounts referenced in this affidavit and further in Attachment A, including the contents of the communications.

5. As a result of the investigation described more fully below, there is probable cause to believe that evidence, fruits, and instrumentalities of violations of federal law, including 18 U.S.C. § 1591, are contained in the SUBJECT ACCOUNTS.

6. The investigation has revealed that Franshon STAPLETON, a suspected pimp, and R.M., a commercial sex worker, were arrested while in possession of a Samsung Galaxy SM-J327A cellphone, which was located in a vehicle under their control. The Urbana Police Department located the Samsung Galaxy SM-J327A cellphone as well as over $4,900 in U.S. Currency, and hundreds of condoms in the vehicle. Sixth Judicial Judge Thomas J. Difanis authorized the search of the Samsung Galaxy SM-J327A, which was in the vehicle and identified by STAPLETON as his phone. The forensic examination of the phone revealed images and text messages indicative of commercial sex acts and drug sales by STAPLETON. Based on this investigation, it appears that STAPLETON uses narcotics to coerce young women to engage in commercial sex acts for which he benefits financially.

## STATUTORY AUTHORITY

7. This investigation concerns alleged violations of:

**Sex Trafficking** in violation of 18 U.S.C. § 1591 prohibits a person who knowingly in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or who benefits, financially or by receiving anything of value, from participation in a venture, knowing or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

## DEFINITIONS

8. The following definitions apply to this Affidavit and its Attachments:

   a. The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

   b. The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic

notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

c. "Internet Service Providers" (ISPs), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

d. "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

e. "Domain names" are common, easy to remember names associated with an IP address. For example, a domain name of "www.usdoj.gov" refers to the IP address of 149.101.1.32. Domain names are typically strings of alphanumeric characters, with each level delimited by a period.

f. "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

## INFORMATION THAT MAY BE AVAILABLE FROM GOOGLE, INC.

9. From my training and experience, I have learned that Google, Inc. provides a variety of on-line services, including email access, to the public. Google, Inc. allows subscribers to obtain email accounts at the domain name "google.com."

Subscribers obtain an account by registering with Google, Inc. During the registration process, Google, Inc. asks subscribers to provide basic personal information, including subscriber's name, address or location, alternative email address, and the like. While Google, Inc. does not independently verify the accuracy of the information its subscribers provide during the registration process, it does retain that information. Google, Inc. also maintains records of access to customer email accounts and email account transactions.

10. I know that Google, Inc. offers 5 GB of free storage space per email address. This allows users to store a large amount of emails and other related content. Google Drive (formerly known as Google Docs) is a free online "cloud" storage that allows users to share files with other individuals from any device. With Google Drive, a user can share files in lieu of sending email attachments. Google Drive also allows its users to access their email account(s), stored images, and other content at any time from any computer with Internet access.

11. A Google, Inc. subscriber can also store files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Google, Inc. From my training and experience, I know that evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

12. In my training and experience, I have learned that email providers typically retain certain transactional information about the creation and use of each

6

account on their systems. This information can include the date on which the account was created, the length of service, records of log-in or session times and durations, the types of services utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often maintain records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access a specific email account.

13. From my training and experience, I know that in some cases, email account users will communicate directly with Google, Inc. about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. From my training and experience, I know that such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

14. I know that Google email accounts (Gmail) are often accessed via the Internet and can be accessed on a variety of devices to include public computers, which can be readily accessible at libraries and Internet Cafés. I know that if a user accesses a

7

Gmail account via the Internet, their messages may or may not be stored on the device used. It is likely that if a user deletes an email from his or her computer or mobile device that the email may still exist on the Google servers.

15. On February 2, 2018, a Preservation Letter was sent to Google, Inc. for the content of the Google accounts moneyman20172016@gmail.com and hillarybanks048@gmail.com.

## PROBABLE CAUSE

16. In early October 2017, Urbana Police Department (UPD) Officer Adam Marcotte observed a black 2004 Ford Expedition bearing Illinois registration number AJ42866 parked near a local motel with an occupant or occupants inside. Officer Marcotte ran said registration number through the Illinois Secretary of State database and learned that this vehicle was registered to Lamar Stapleton of Springfield, Illinois. Shortly thereafter, Officer Marcotte received a Crime Stoppers tip which indicated that a "Franshon Stapleton" was using a black Ford Explorer (which is similar in appearance to a Ford Expedition) to transport prostitutes to and from hotels in the Champaign-Urbana area. The caller detailed STAPLETON's physical description, his date of birth, and the names of five alleged prostitutes-three of which were previously known to Officer Marcotte through his official duties at UPD. Officer Marcotte searched STAPLETON'S name and date of birth in the LEADS law enforcement database and learned that STAPLETON's Illinois driver's license was suspended and he had been arrested numerous times for various offenses. Based on said information, Officer

Marcotte determined that he should be on the lookout for said Ford Expedition and Franshon STAPLETON.

17. On November 11, 2017, at about 12:04 AM, Officer Marcotte saw the black 2004 Ford Expedition bearing Illinois registration number AJ42866 parked at the Circle K gas station located at 1809 North Cunningham Road, Urbana. Said gas station is in close proximity to two hotels, known to law enforcement because they are often used for commercial sexual activity. Officer Marcotte saw a black male (later identified as STAPLETON) get into the driver's seat of the vehicle. Officer Marcotte contacted STAPLETON and the vehicle's rear seat passenger, R.M. (who was later determined to be one of the prostitutes named in the Crime Stoppers tip).

18. Urbana Police conducted a canine sniff of STAPLETON's vehicle which resulted in a positive alert. A search of the vehicle yielded approximately 4.8 grams of a substance that tested positive for the presence of cocaine, $4,912 in cash, drug paraphernalia, several hundred condoms, and four cellular telephones - one of which was a gray-colored Samsung Galaxy J3 cellular telephone (model SM J327A, IMEI number 3571530866550791). STAPLETON and R.M. were arrested and charged with Unlawful Possession of a Controlled Substance in Champaign County Circuit Court.

19. After securing this phone and before submitting it as evidence, Officer Marcotte observed a message displayed on said telephone's home screen that read ""wya I need another dub" that indicated it had been sent from the telephone number 217-666-7835, Officer Marcotte and Urbana Detective Michael Cervantes knew from their training and experience that "wya" is an abbreviation for "'where you at" and that

9

"dub" is a slang term commonly used to refer to $20 worth of cocaine. Based on this message, the Samsung Galaxy J3 cellular telephone (model SM J327A, IMEI number 3571530866550791) was likely being used to arrange the delivery of a controlled substance.

20. Detective Michael Cervantes checked LEADS law enforcement database and found that on August 11, 2016, STAPLETON was convicted of the offense of Manufacture/Delivery of a Controlled Substance in Sangamon County, Illinois, case number 15-CF-959 and sentenced to 36 months of probation.

21. On November 15, 2017, Sixth Judicial Circuit Judge Thomas J. Difanis authorized the search of the Gray Colored Samsung Galaxy J3 Cellular Telephone (Model SMJ327A IMEI Number 3571530866550791) for evidence relating to the offenses of Unlawful Possession/Possession with Intent to Deliver a Controlled Substance, Prostitution, and/or Promoting Prostitution.

22. UPD Detectives Michael Cervantes and Elizabeth Alfonso reviewed data that was recovered from the Samsung Galaxy J3 telephone, pursuant to the State of Illinois search warrant. The cellphone was found to be registered to STAPLETON. Detectives found several text messages, videos, and photos that were indicative of STAPLETON's involvement in the promotion of prostitution as well as various drug related text messages. Using information from the cellphone, the detectives were able to connect 15 phone numbers involved in text messages to several prostitution ads on Backpage.com.

23.     One of the phone numbers identified on STAPLETON's Samsung J3 cellphone was (217) 600-1644. Detectives located an ad on Backpage.com which had been posted on September 28, 2017, and listed a response phone as (217) 600-1644. The ad was titled "Invite Us Over For Some Fun Babe Wouldn't Want to Miss This" and the text of the ad stated "Grown Man Play Only. Now law welcome. Very Naughty Please NO Be texts! All pics Are US We will COME to YOU ONLY if you can host (217) 600-1644. Text US NOW! I'm RED. Friend is Heather. Double the Fun To your place only. Serious men only Also my other 2 friend buddy's. Only to YOUR place." The ad showed a female with red hair. The detectives believed that female to be R.M., the same female who was arrested with STAPLETON on November 11, 2017. The ad showed three additional pictures of a female with red hair, also believed to be R.M. In these pictures the female's face is obscured because she either held a cellphone in front of her face or she is turned around.

## BACKPAGE

24.     BackPage is a classified advertising website launched in 2004. It offers classified listings for a wide variety of products and services including automotive, jobs listings, and real estate. In 2011, Backpage was the second largest classified ad listing service on the Internet in the United States after Craigslist. Backpage became well-known to law enforcement beginning in 2011 for allegations that their adult services subsection was used for prostitution and human trafficking, particularly involving minors. In early 2017, Backpage removed the adult services subsection from their website in the United States, although said adult services simply moved to both the

dating and massage sections of the site. On April 6, 2018, the Department of Justice with multiple law enforcement partners seized BackPage, therefore the website is no longer operational. I conducted my research prior to April 6, 2018.

25. On or about January 24, 2018, the U.S. Attorney's Office issued an administrative subpoena to Backpage requesting records relating to 15 phone numbers that were identified by UPD detectives through the examination of Stapleton's Samsung J3 cellphone, including phone numbers (217) 600-1644 and (219) 300-3285. Backpage provided records in response to the subpoena on or about January 26, 2018.

## ANALYSIS OF BACKPAGE RECORDS

26. I reviewed the records that were provided by Backpage in response to the administrative subpoena. I found an ad which was first posted on October 19, 2017, and was subsequently reposted 43 times. The email account which was used to post this ad was moneyman20172016@gmail.com. The response phone number for this ad was (217) 600-1644. This ad a picture of a female with red hair holding a cellphone in front of her face. This picture seemed to match one of the pictures that were on the Backpage ad which was posted on September 28, 2017, and which was detailed in paragraph 23. A review of all data provided by Facebook in response to the subpoena showed that moneyman20172016@gmail.com was used to post or repost ads on Backpage.com over 160 times.

27. I also found an ad that was posted on September 27, 2017. This ad was only posted once. The email account which was used to post this ad was hillarybanks048@gmail.com. The response phone number for this ad was (219) 300-

3285. This ad was titled "Red Hot – New Number!! 2 girl special – 19." This ad showed three pictures of a female with red hair. In these pictures the female's face is obscured because she either held a cellphone in front of her face or she is turned around. These pictures seemed to match the pictures that were on the Backpage ad which was posted on September 28, 2017, and which was detailed in paragraph 23. A review of all data provided by Backpage in response to the subpoena showed that hillarybanks048@gmail.com was used to post or repost ads on Backpage.com over 200 times.

## ANALYSIS OF THE TEXT MESSAGES ON THE SAMSUNG GALAXY

28.     HSI SA Mike Mitchell examined data from STAPLETON's Samsung J3 cellphone and he found numerous conversations which appear to indicate that STAPLETON was engaged in a venture to promote commercial sex acts. For example, on December 16, 2016, SA Mitchell noted a conversation where it appears that STAPLETON is paying a prostitute in drugs to engage in a commercial sex act with another. On January 27, 2017, SA Mitchell noted a conversation which appears to involve STAPLETON talking to one of the prostitutes and arranging to get her drugs. On March 7, 2017, SA Mitchell noted a conversation that appears to involve STAPLETON talking to one of his prostitutes to come back to work for him. The discussion includes discussion of his cut (30%). These text messages show that STAPLETON uses electronic communications to recruit and facilitate commercial sex acts.

13

## CONCLUSION

29.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that there have been violations of Title 18, U.S.C. § 1591, which "prohibits a person who knowingly in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or who benefits, financially or by receiving anything of value, from participation in a venture, knowing or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act," and that evidence of those violations exist and are located at the premises owned, maintained, controlled, or operated by Google, Inc., an electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

30.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3) and 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that - has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(I).

31.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST TO SEAL, ORDER NON-DISCLOSURE, AND KEEP ACCOUNT ACTIVE

32. Because the Investigation is ongoing, I would request the Court to seal the Application for Search Warrant, the Search Warrant, and supporting Affidavit in this matter.

FURTHER AFFIANT SAYETH NOT.

s/Eric V. Bowers

Eric V. Bowers, Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn before me this 7th day of May, 2018
s/Eric I. Long

ERIC I. LONG, Magistrate Judge
United States District Court

# ATTACHMENT A
# PROPERTY TO BE SEARCHED

This warrant applies to information associated with Google accounts moneyman20172016@gmail.com and hillarybanks048@gmail.com, that are stored at premises owned, maintained, controlled, and / or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

## ATTACHMENT B
## ITEMS TO BE SEIZED

I.    **Information to be disclosed by Google, Inc.:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Inc., Google, Inc. is required to disclose the following information to the government associated with Google accounts moneyman20172016@gmail.com and hillarybanks048@gmail.com

    a.    The contents of all emails and instant messages stored in the specified account, including copies of emails and instant messages sent to and from the account, draft emails, the source and destination addresses associated with each email or instant message, the date and time at which each email or instant message was sent, and the size and length of each email or instant message;

    b.    All records or other information regarding the identification of the email or instant messaging account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

  c. All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files to also include any Gmail/Google drive contents;

  d. All records pertaining to communications between Google, Inc., and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government:

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the statutes listed on the warrant involving the Google accounts moneyman20172016@gmail.com and hillarybanks048@gmail.com, including, for each user ID identified, information pertaining to the following matters:

  a. Records related to violations of Title 18 U.S.C. § 1591, sex trafficking.

  b. Records relating to who created, used, or communicated with the accounts moneyman20172016@gmail.com and hillarybanks048@gmail.com; including records about their identities and whereabouts.

## III. Method of Service

Notwithstanding Title 18, United States Code, Section 2252A [or similar statute or code], Google shall disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System.